**No. 66664.**—Crestwick, Inc., and Hudson Shipping Co., Inc. *v.* United States, protest 327753–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of gift tags, composed wholly or in chief value of paper lithographically printed, not over twelve one-thousandths of an inch in thickness, which are not gift or social cards, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 4, 1962

**No. 66665.**—United China & Glass Co. *v.* United States, protests 61/8848, etc. (Galveston).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 66666.**—Bloomingdale Bros. (a div. of Fed. Dept. Stores, Inc.) *v.* United States, protest 61/17039 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of teapots similar in all material respects to those the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiff was sustained.